# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: PAMELA L. POTTER  
1904 FREMONT STREET, #1  
ROCKFORD, IL  61101  

SSN-xxx-xx-4817

Case Number: 05-75195

Case filed on: 9/27/2005  
Plan Confirmed on: 12/2/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $4,620.97         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | PAMELA L. POTTER | 0.00 | 0.00 | 120.97 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 120.97 | 0.00 |
| 001 | RICE AUTO SALES | 1,075.10 | 1,075.10 | 1,075.10 | 107.36 |
|  | Total Secured | 1,075.10 | 1,075.10 | 1,075.10 | 107.36 |
| 002 | SECURITY FINANCE | 654.50 | 654.50 | 166.78 | 0.00 |
| 003 | ASSET ACCEPTANCE CORP | 340.27 | 340.27 | 86.71 | 0.00 |
| 004 | ASSOCIATED COLLECTORS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CITIZENS FINANCE | 3,988.77 | 3,988.77 | 1,016.44 | 0.00 |
| 006 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MUTUAL MANAGEMENT SERVICES | 1,034.42 | 1,034.42 | 263.60 | 0.00 |
| 008 | NCO FINANCIAL SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROCKFORD MERCANTILE AGENCY INC | 500.05 | 500.05 | 127.43 | 0.00 |
| 010 | SUZUKI OF NORTHERN ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ANDREW SCALES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 6,518.01 | 6,518.01 | 1,660.96 | 0.00 |
|  | Grand Total: | 8,957.11 | 8,957.11 | 4,221.03 | 107.36 |

Total Paid Claimant: $4,328.39  
Trustee Allowance: $292.58  
Percent Paid Unsecured: 25.48

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan